BARBARA K. BERRETT (4273)
KYLE C. THOMPSON (11242)
ZACHARY C. MYERS (15302)
**BERRETT & ASSOCIATES, L.C.**
Washington Federal Building
405 South Main Street, Suite 1050
Salt Lake City, Utah 84111
Telephone: (801) 531-7733
Facsimile: (801) 531-7711

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY,<br><br>       Plaintiff,<br>vs.<br>SCOTT ROOFING, INC.,<br><br>       Defendant. | **STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br><br>Civil No. 2:18-cv-00289-TC<br><br>Judge Tena Campbell |
| SCOTT ROOFING, INC.,<br><br>       Counterclaim Plaintiff,<br>       Defendant,<br>vs.<br>THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY,<br><br>       Counterclaim Defendant;<br>       Plaintiff | |

The parties, by and through their respective counsel of record, hereby stipulate and agree that they have compromised the claims between them, and hereby stipulate to the dismissal, with prejudice and upon the merits, of the above-captioned action, including all causes of action, each party to bear its own costs and attorney fees.

The parties jointly move this Court to enter an Order in accordance herewith.

DATED this 16h day of January, 2019.

                BERRETT & ASSOCIATES, L.C.

                /s/ Kyle C. Thompson
                BARBARA K. BERRETT
                KYLE C. THOMPSON
                ZACHARY C. MYERS
                *Attorneys for Plaintiff*

DATED this 16th day of January, 2019.

                GOEBEL ANDERSON, PC

                /s/ Timothy J. Curtis *(with permission)*
                Mark L. Anderson
                Timothy J. Curtis
                *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of January, 2019, the foregoing was electronically filed with the Court using the ECF system, which sent notice to the following:

Mark L. Anderson
Timothy J. Curtis
Goebel Anderson, PC
405 South Main, Suite 200
Salt Lake City, UT 84111
manderson@gapclaw.com
tcurtis@gapclaw.com

/s/ Sherry Snow