BARBARA K. BERRETT (4273)
KYLE C. THOMPSON (11242)
ZACHARY C. MYERS (15302)
**BERRETT & ASSOCIATES, L.C.**
Washington Federal Building
405 South Main Street, Suite 1050
Salt Lake City, Utah 84111
Telephone: (801) 531-7733
Facsimile: (801) 531-7711

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY,<br><br>      Plaintiff,<br>vs.<br><br>SCOTT ROOFING, INC.,<br><br>      Defendant. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Civil No. 2:18-cv-00289-TC<br><br>Judge Tena Campbell |
| SCOTT ROOFING, INC.,<br><br>      Counterclaim Plaintiff,<br>      Defendant,<br>vs.<br><br>THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY,<br><br>      Counterclaim Defendant;<br>      Plaintiff | |

2

Based upon the stipulation of The Cincinnati Specialty Underwriters Insurance Company and Scott Roofing, Inc., and for good cause appearing therefor,

IT IS HEREBY ORDERED that all of claims and causes of action pending between the parties in this action are dismissed, with prejudice, each party to bear its own costs and attorney fees.

DATED this 17th day of January, 2019.

BY THE COURT:

_____
The Honorable Tena Campbell

Approved as to form:

GOEBEL ANDERSON, PC


/s/ Timothy J. Curtis *w/permission*
TIMOTHY J. CURTIS
*Attorney for Defendant*